IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| GEORGE YARBROUGH, <br> TDCJ No. 898397, <br> Plaintiff, <br> v. <br><br> CAPT. WILSON, *et al.*, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. H-05-3444 |

**FINAL JUDGMENT**

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 14th day of October, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge